UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Hon. Nan R. Nolan |
| VIKTOR POTAPOV ) | No. 07CR 798 |

The undersigned Affiant personally appeared before <u>NAN R. NOLAN</u>, a United States Magistrate Judge, and being duly sworn on oath, states: That at <u>EASTERN DISTRICT OF NORTH CAROLINA</u>, one VIKTOR POTAPOV was charged in a complaint with one count of violation of Section <u>371</u> of the United States Code, Title <u>18</u>, for the offense of <u>CONSPIRACY TO DEFRAUD THE UNITED STATES</u>, one count of violation of Section <u>1546(A)</u> of the United States Code, Title <u>18</u>, for the offense of <u>VISA FRAUD</u>, and one count of violation of Section <u>1325(C)</u> of the United States Code, Title <u>8</u>, for the offense of <u>MARRIAGE FRAUD</u>, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Timothy Kerwin
Special Agent, Diplomatic Security Service,
U.S. Department of State

Subscribed and Sworn to before me this
<u>5 th</u> day of <u>December</u>, 2007.

_____
NAN R. NOLAN
United States Magistrate Judge

**FILED**
DEC 5 2007
December 5, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SHOSHANA L. GELLERS
Assistant U.S. Attorney

1

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Eastern                District of                North Carolina

UNITED STATES OF AMERICA

v.                                              **WARRANT FOR ARREST**

Viktor Potapov                           Case Number: 5:07-mj-1459

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest                     Viktor Potapov
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| Indictment | Information | X Complaint | Order of court | Probation Violation Petition | Supervised Release Violation Petition | Violation Notice |
|---|---|---|---|---|---|---|

charging him or her with:

*Knowingly and willfully entered into a criminal conspiracy to commit marriage fraud and Visa fraud*

in violation of Title    18 & 8    United States Code, Section(s)    371, 1546(a), & 1325(c)

[signature]                                  July 24, 2007, Raleigh, NC
David W. Daniel                              Date
United States Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court

FILED
JUL 2 4 2007
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
_____ DEP CLK

___Eastern___ DISTRICT OF ___North Carolina___

UNITED STATES OF AMERICA

v.

Viktor Potapov
646 Colonial Lane, Apt. 18
Des Plaines, IL 60016

## CRIMINAL COMPLAINT

CASE NUMBER: 5:07-M-1459

I the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 1, 2003 continuing until the present in the Eastern District of North Carolina defendant(s) did,

*Knowingly and willfully entered into a criminal conspiracy to commit marriage fraud and visa fraud*

in violation of Title __18 & 8__ United States Code, Section(s) 371, 1546(a), & 1325(c). I further state that I am a Special Agent with the US Department of State, Diplomatic Security Service, and this complaint is based on the following facts:

*Please see attached affidavit.*

Continued on the attached sheet and made a part thereof:  ☒ Yes    ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence;

___July 24, 2007___  at  ___Raleigh, NC___
Date                              City and State

David W. Daniel
United States Magistrate Judge

_____
Signature of Judicial Officer

I certify the foregoing to be a true and correct copy of the original.
Dennis P. Iavarone, Clerk
United States District Court
Eastern District of North Carolina
By _____ Deputy Clerk

AUSI JSBowie

## AFFIDAVIT

I, Tony Bell, having been duly sworn, hereby depose and say:

1. I am employed as a Special Agent with the United States Department of State Diplomatic Security Service and am assigned to the Greensboro Resident Office in Greensboro, North Carolina. I have been employed as a Special Agent with the Diplomatic Security Service for approximately two and a half years, and have completed the Criminal Investigator's Training Program held at the Federal Law Enforcement Training Center, Glynco, GA. My duties as a Special Agent include conducting criminal investigations regarding United States passports and visa fraud.

2. This affidavit is based upon information supplied to me by other law enforcement officers, federal agents, reviewing law enforcement reports, surveillance, and personal involvement in this criminal investigation. This affidavit does not set forth all information known to the United States Department of State, Diplomatic Security Service, about this case and is being submitted solely for the purpose of providing sufficient information to establish probable cause for an arrest warrant for Viktor POTAPOV for violations of Title 18 USC §371, Conspiracy, to commit marriage fraud, in violation of Title 8 USC §1325(c), Marriage Fraud, and in violation of Title 18 USC §1546(a), Fraud and misuse of visas, permits, and other documents.

### Visa Fraud Summary

3. In July 2004, the US Embassy Kiev identified a marriage fraud scheme between US Citizens living in Raleigh, North Carolina traveling to the Ukraine to marry Ukrainian citizens for money. Vasyl HRUBENYUK and Lesya VENHER were subsequently identified as the recruiter and facilitator in this marriage for money scheme. Further

investigation revealed that HRUBENYUK and VENHER are linked to a larger Diversity Visa fraud scheme involving Petro SANDULYAK and NATA Janitorial Services. In July 2006, your affiant executed arrest and search warrants in this case. As a result of this initial investigation, four Ukrainians and one US Citizen were arrested. Viktor POTAPOV was later identified by HRUBENYUK and VENHER as an additional co-conspirator associated with the larger visa fraud investigation. POTAPOV is an illegal alien and entered into a fraudulent marriage in Raleigh, NC in order to adjust his immigration status and remain in the United States. HRUBENYUK and VENHER admitted to your affiant that they had facilitated and arranged the fraudulent marriage between POTAPOV and Patrice Sharon PERRELL.

**Visa Fraud Details**

4.      On or about April 1, 2003, Patrice Sharon PERELL, a U.S. Citizen, entered into a criminal conspiracy with Lesya VENHER, to commit marriage fraud with an individual identified by VENHER as her brother, Viktor POTAPOV, Date of Birth (DOB) March XX, XXXX; Alien # XXXXX7307.

5.      VENHER and PERELL worked together at the Golden Coral, Glenwood Avenue, Raleigh, North Carolina. VENHER and PERELL both stated to your affiant that VENHER knew that PERELL was having money problems and offered PERELL $10,000 to enter into a fraudulent marriage with POTAPOV and to then petition for a change in POTAPOV's immigration status so that he could remain in the United States.

6.      On May 6, 2003, PERELL and POTAPOV were married in Raleigh, North Carolina. VENHER was present at the marriage and signed the marriage certificate as a

witness. PERELL stated to your affiant that VEHNER later paid PERELL $3,000 for marrying POTAPOV and petitioning for a change in POTAPOV's immigration status.

7. On September 26, 2003, POTAPOV and PERRELL executed a Form I-130, Petition for Alien Relative. POTAPOV and PERRELL knowingly and willfully provided material false statements in this petition, under penalty of perjury, and in violation of Title 18 USC §1546, Visa Fraud. Specifically, they both swore that they were married and lived together since June 2003 at 7025 New Maple Court, Raleigh, NC. As a result of this fraudulent petition, POTAPOV obtained an employment authorization status on December 17, 2004.

8. In August 2006, your affiant conducted a field interview with PERELL regarding her relationship with VENHER and with POTAPOV. PERELL stated to your affiant that she had entered into a fraudulent marriage with POTAPOV for the sole purpose of POTAPOV petitioning for a change in his Visa status. PERELL stated that she had been offered $10,000 by VENHER to marry POTAPOV, however, she had only received $3,000. PERELL stated to your affiant that she had not lived with POTAPOV prior to or since the fraudulent marriage.

9. In January 2007, your affiant conducted a field interview with VENHER and HRUBENYUK. VENHER and HRUBENYUK admitted that they had arranged for the fraudulent marriage between POTAPOV and PERELL. VENHER and HRUBENYUK admitted that they had arranged for the fraudulent marriage between POTAPOV and PERELL for the sole purpose of evading United States immigration laws.

JSB

### Conclusion

10. Based on the information provided, your affiant has probable cause to believe that on May 6, 2003, Viktor POTAPOV knowingly and willfully violated Title 18 USC §371, Conspiracy, in that he knowingly and willfully entered into a criminal conspiracy with Lesya VENHER and Patrice Sharon PERELL, to commit violations of Title 8 USC §1325(c), Marriage Fraud, when he entered into a fraudulent marriage with Patricia Sharon PERELL for the sole purpose of evading United States immigration laws.

11. Based upon the above information, there is probable cause to believe that Viktor POTAPOV knowingly and willfully is in violation of Title 18 USC §1546(a), Fraud and misuse of visas, permits, and other documents, in that POTAPOV knowingly and willfully made material false statements in his Petition for Alien Relative, Form I-130, executed on September 23, 2003.

Tony Bell
Special Agent
U.S. Department of State
Diplomatic Security Service

Subscribed and sworn to before me this
24th day of July 2007

David W. Daniel
United States Magistrate Judge