Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 798 - 1 | **DATE** | 12/05/07 |
| **CASE TITLE** | USA vs. Viktor Potapov | | |

**DOCKET ENTRY TEXT**

Interpreter sworn. Initial appearance proceedings held. Defendant Viktor Potapov appears in response to arrest on 12/05/07. Defendant informed of his rights. Enter order appointing Timothy O'Connor of the Federal Defender Program/Panel as counsel for defendant. Government's oral motion for pretrial detention is granted. Order defendant detained pending further order of the court. Detention hearing is set for 12/11/07 at 2:00 p.m. Removal proceedings held. Defendant to advise the Court on 12/11/07 if he wishes to proceed/or waive the Identification hearing.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | LXS |
|---|---|---|