## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 798 - 1 | **DATE** | 12/20/2007 |
| **CASE TITLE** | USA vs. Viktor Potapov | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 01/24/08 at 1:15 p.m. Defendant's oral motion to continued appointment of court interpreter is granted. In the interest of justice time is excluded from 12/20/07 to and including 01/24/08. (X-E)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|