# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 798 - 1 | **DATE** | 02/07/08 |
| **CASE TITLE** |  | USA vs. Viktor Potapov | |

**DOCKET ENTRY TEXT**

Continued detention hearing held and continued to 02/28/08 at 1:30 p.m. In the interest of justice time is excluded from 02/07/08 to and including 02/28/08. (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|