## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 798 - 1 | **DATE** | 3/11/2008 |
| **CASE TITLE** | USA vs. Viktor Potapov | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 04/03/08 at 2:30 p.m. In the interest of justice time is excluded from 03/11/08 to and including 04/09/08.     (X-E)

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | LXS |
|---|---|---|