# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 798 - 1 | **DATE** | 04/09/2008 |
| **CASE TITLE** |  | USA vs. Viktor Potapov | |

**DOCKET ENTRY TEXT**

Ukrainian interpreter sworn.  Status hearing held and continued to 05/01/08 at 9:30 a.m.  In the interest of justice time is excluded from 04/09/08 to and including 05/01/08.          (X-E)

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | LXS |
|---|---|---|