# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 798 - 1 | **DATE** | 04/29/2008 |
| **CASE TITLE** | USA vs. Viktor Potapov | | |

**DOCKET ENTRY TEXT**

At defendant's telephonic request and the government not objecting, status hearing set for 05/01/08 at 9:30 a.m. is stricken and reset to 06/25/08 at 1:30 p.m.   In the interest of justice time is excluded from 05/01/08 to and including 06/25/08.     (X-E)

Docketing to mail notices.

00:00

| | |
|---|---|
| Courtroom Deputy Initials: | LXS |